Payment Advices are not applicable because I am self-employed.

My wife is not employed.

Dated:       May 17, 2015

_____
RICARDO A. SANTOS
9657

_____
LETICIA MARTINEZ
5587

RECEIVED 2015 MAY 18 P 1:01 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK