UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 1-15-42088-nhl |
| Ricardo Antelmo Santos aka<br>Ricardo Antelmo Santos Gatica &<br>Leticia Martinez aka<br>Leticia Martinez Razo,<br><br>Debtors | Chapter 7 |

**Order Extending Trustee's Time to Object to Discharge and Extending Time for Trustee to Object to Claimed Exemptions**

Upon the Stipulated Application of David J. Doyaga, the Chapter 7 Trustee herein and Debtors, dated June 8, 2015, and good reason and sufficient cause appearing therefore, it is hereby

ORDERED that the time within which the Trustee may object to the Debtors' discharge is hereby extended from August 7, 2015 to September 30, 2015; and it is further

ORDERED that the time for the Chapter 7 Trustee to make an objection to any claimed exemptions of property of the estate which would otherwise expire 30 days after the closing of the Section 341 meeting of Creditors is extended until the close of the above captioned case as described in Section 350(a) of the United States Bankruptcy Code.



Dated: June 20, 2015
       Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge